## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2010, a copy of the foregoing Plaintiffs' Notice of Manual Filing has been served electronically via the Court's CM/ECF System to:

Elise M. Bloom, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Carolyn Doppelt Gray, Esq.
Proskauer Rose LLP
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004-2533

Joseph C. Nuzzo, Esq.
Proskauer Rose LLP - NJ
One Newark Center, 18th FL
Newark, NJ 07102-5211

Nelson M. Stern, Esquire (ct25766)

4105-Notice of Manual Filing (slm 1-25-10).wpd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

ACCESS 4 ALL, INC., a Florida Non Profit
Corporation, and NELSON M. STERN,
Individually,

      Plaintiffs,

vs.

Case No. 3:10-CV-1028-MRK

GREENWICH HOTEL LIMITED PARTNERSHIP,
a Connecticut Limited Partnership,

      Defendant.
_____/

## PLAINTIFFS' NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, Access 4 All, Inc. and Nelson M. Stern, have manually filed the Motion for Admission Pro Hac Vice of Visiting Attorney Lawrence A. Fuller, Esquire, as Counsel for Plaintiffs. This motion has not been filed electronically because it requires a filing fee and the court requires manual filing of documents requiring appropriate fees.

Dated: August 28, 2010
New York, New York

Respectfully submitted,

_____
Nelson M. Stern, Esquire (ct25766)
115 East 87th St., Suite 7C
New York, NY 10128
Tel. (212) 223-8330
Fax (646) 349-4098
E-mail: scooterlawyer@aol.com